**91–416.** Willoughby Hills v. C.C. Bar's Sahara, Inc. *Lake County*, No. 90–L–14–048. On motion to adopt record and brief filed in 91–887, *Willoughby Hills v. C.C. Bar's Sahara, Inc.*, Lake County, No. 90–L–14–048. Motion granted.

**91–587.** Alexander v. Carey. *Clark County*, No. 2790. On motion for stay, motion to accelerate, request for oral argument, motion for injunctions and motion for restraining order. Motions and request denied.

**91–588.** Alexander v. BancOhio Natl. Bank. *Clark County*, No. 2793. On motion to accelerate. Motion denied.

**91–647.** Queen City Lodge No. 69, Fraternal Order of Police v. Cincinnati. *Hamilton County*, No. C–900036. On motion to dismiss. Motion to dismiss overruled. On motion for leave to file record instanter. Motion granted.

**91–993.** State v. Speaks. *Clark County*, No. CA–2675. On motion for leave to file delayed appeal. Motion denied.

**91–1042.** Schaefer v. Allstate Ins. Co. *Franklin County*, No. 90AP–178. On motion to consolidate with 91–764, *Schaefer v. Allstate Ins. Co.*, Franklin County, No. 90AP–178. Motion granted.

**91–1059.** State, ex rel. Fant, v. Mengel. *Franklin County*, No. 90AP–1314. On motion to strike and to cite, and on motion for leave to file memorandum in opposition to motion to strike instanter. Motions denied.

MOYER, C.J., would grant the motion to strike.

DOUGLAS, J., would grant the motion for leave.

**91–1227.** Mayrides v. Whitehall. *Franklin County*, No. 89AP–836. On motion to dismiss and request for oral argument. Motion and request denied.

**91–1302.** Manufacturer's Natl. Bank of Detroit v. Erie Cty. Road Comm. Certified Question of State Law, No. 90–3043. On motion for leave to file *amicus* of Carol Miller. Motion granted.

HOLMES, J., dissents.

**91–1340.** State v. Danzy. *Erie County*, No. E–89–40. On motion to produce/transmit record. Motion denied.

SWEENEY and DOUGLAS, JJ., dissent.

RESNICK, J., not participating.

**91–1354.** Sherrills v. State, ex rel. State. *Cuyahoga County*, No. 61604. On motion for sanctions and to correct record. Motion denied.

**91–1386.** Stow v. Strach. *Summit County*, No. 14923. On motion for leave to file memorandum in support instanter. Motion granted.

**91–1464.** State v. Ector. *Franklin County*, No. 90AP–1093. On motion for leave to file delayed appeal. Motion granted.

WRIGHT, J., dissents.

**91–1485.** State v. Perry. *Cuyahoga County*, No. 58607. On motion for leave to file delayed appeal. Motion denied. On motion to appoint counsel. Motion denied.

MOYER, C.J., HOLMES and H. BROWN, JJ., dissent.

**91–1558.** Cleveland v. Botson. *Cuyahoga County*, No. 58627. On motion for leave to file memorandum in support instanter. Motion granted.

**91–1565.** Lingo v. West. *Coshocton County*, No. 90–CA–22. On motion for leave to file notice of appeal instanter. Motion denied.

HOLMES and RESNICK, JJ., dissent.

WRIGHT, J., would dismiss the cause.

**91–1602.** State v. Cooper. *Seneca County*, No. 6391. On application for postconviction relief. Motion denied.

**91–1621.** State, ex rel. Celebrezze, v. Grogan Chrysler–Plymouth, Inc. *Lucas County*, No. L–90–254. On motion to consolidate with 91–825, *Charlie's Dodge, Inc. v. Celebrezze*, Lucas County, No. L–90–086. Motion denied.

WRIGHT, J., would grant and hold this cause for decision in 91–825.

H. BROWN and RESNICK, JJ., not participating.